# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV349 |
| vs. ) | |
| ) | SCHEDULING ORDER |
| KATHLEEN M. CRANMORE, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the magistrate judge for full pretrial supervision. I note that the plaintiff requested trial in Omaha, and defendants Kathleen M. Cranmore and Raymond J. Cranmore have requested trial in North Platte.

Pursuant to NECivR 40.1(b), the defendants' request must be accompanied by a supporting affidavit. The court will then resolve the conflicting requests without oral argument, based on the convenience of the litigants, witnesses, and counsel. NECivR 40.1(b)(2).

**IT IS ORDERED:**

1. Defendants Kathleen M. Cranmore and Raymond J. Cranmore are given until and including **July 20, 2006** to file an affidavit in support of their request for trial in North Platte.

2. All other parties are given until and including **August 3, 2006** to respond to Cranmores' request for trial in North Platte.

**DATED July 6, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**