IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | 8:06CV349 |
| vs.  ) | |
| ) | ORDER |
| KATHLEEN M. CRANMORE, et al.,  ) | |
| ) | |
| Defendants.  ) | |

This matter is before the court on defendants' request for trial in North Platte, *see* Filings [12] & [16], and plaintiff's responsive request for trial in Lincoln, *see* Filings [17] & [18]. Plaintiff originally requested trial in Omaha.

Pursuant to NECivR 40.1, which requires me to consider the convenience of the litigants, witnesses, and counsel, I find that Lincoln is the most appropriate trial venue due to the medical condition of plaintiff's primary witness and designated client representative, Larry Moormeier. A transfer to Lincoln will also serve to alleviate hardship to the defendants as to the costs of attending trial.

**IT IS ORDERED:**

1. The Motion for Trial in Lincoln is granted, and the Motion for Trial in North Platte is denied.

2. The Clerk of Court shall amend the records of the court to reflect that this case will be tried to the court in Lincoln, Nebraska.

3. The Clerk of Court shall direct this case to Chief Judge Joseph F. Bataillon for reassignment to a judge and magistrate judge who regularly sit in Lincoln, Nebraska.

**DATED August 3, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**