IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV349 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KATHLEEN M. CRANMORE a/k/a | ) | |
| Kathy Cranmore; RAYMOND J. | ) | |
| CRANMORE a/k/a Raymond Joe | ) | |
| Cranmore a/k/a Ray J. Cranmore; | ) | |
| COMMUNITY FIRST NATIONAL | ) | |
| BANK n/k/a Bank of the West; FARM | ) | |
| CREDIT SERVICES OF AMERICA, | ) | |
| PCA, | ) | |
| | ) | |
| Defendant(s). | ) | |

Upon consideration of the Stipulation for Dismissal filed herein by Plaintiff United

States of America, and Defendant Farm Credit Services of America, PCA, (filing 26),

Defendant Farm Credit Services of America, PCA, is hereby dismissed as a party

defendant.

September 12, 2006                    BY THE COURT:

                                     *s/Richard G. Kopf*
                                     United States District Judge