```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:06CV349
                               )
      v.                       )
                               )
KATHLEEN M. CRANMORE, RAYMOND  )          ORDER
J. CRANMORE, and COMMUNITY     )
FIRST NATIONAL BANK,           )
                               )
            Defendants.        )
                               )
```

The court has been advised by counsel that this case did not settle at mediation and they request that the planning conference be reset.

IT THEREFORE HEREBY IS ORDERED,

The joint oral motion of the parties is granted and the Rule 26 telephone planning conference is set for February 16, 2007 at 9:00 a.m.  **Plaintiff's counsel shall initiate the call.**

DATED this 26th day of January, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge