IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV349 |
| | ) | |
| v. | ) | |
| | ) | |
| KATHLEEN M. CRANMORE, RAYMOND J. CRANMORE and COMMUNITY FIRST NATIONAL BANK, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) ) | |

    A conference with counsel was held this date by telephone, pursuant to Fed. R. Civ. P. 16.  Counsel advised the court that they had determined the matter could be decided on cross motions for summary judgment, and further, that they had agreed to a schedule for the submission of the case on that basis.  They also advised that they would consent to have the matter heard and resolved by the undersigned magistrate judge.  The court agreed with the parties' proposals.

    IT THEREFORE HEREBY IS ORDERED,

    1.  Plaintiff is given until May 16, 2007 to file its motion for summary judgment.

    2.  Defendants are given until June 18, 2007 to respond to the plaintiff's motion for summary judgment and to file their own motion for summary judgment if they choose to do so.

    3.  Plaintiff is given twenty days following the filing of defendants' response and/or motion to file its reply/response.

    4.  If defendants do file a motion for summary judgment in accordance with paragraph 2 above, then defendants may reply to the plaintiff's response to that motion in accordance with the local rules.

    5.  At the conclusion of this briefing schedule the case will be deemed submitted.

    DATED this 16th day of February, 2007.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge